UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMAR PARKER,

        Plaintiff,

                                        Case No.: 16-cv-13036

v.                                       Honorable Gershwin A. Drain

CITY OF DETROIT, *et al.*,

        Defendants.

_____/

## ORDER STRIKING DEFENDANTS' MOTION TO DISMISS [#5]

Presently before the Court is the Defendants' Motion to Dismiss, filed on October 20, 2016. Upon review of Defendants' present motion; it is evident that Defendants failed to abide by this Court's local rules concerning the filing of briefs. Specifically, Local Rule 5.1(3) requires that "type size of **all text and footnotes** . . . be no smaller than 10-1/2 characters per inch (non-proportional) or 14 point (proportional)." E.D. Mich. L.R. 5.1(3)(emphasis added). Additionally, it appears that if Defendants had abided by Rule 5.1(3), their brief would violate Rule 7.1(d)(3), which does not permit briefs in excess of 25 pages. *See* E.D. Mich. L.R. 7.1(d)(3).

Accordingly, Defendants' Motion to Dismiss [#5] is STRICKEN.

Defendants shall re-submit a Motion to Dismiss in compliance with this Court's local rules no later than Thursday, October 27, 2016.

SO ORDERED.

Dated: October 25, 2016 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 25, 2016, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk