UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMAR PARKER,

    Plaintiff,

vs.

CITY OF DETROIT; a Michigan municipality;
CHRISTOPHER TOWNSON, individually and in his official capacity as police officer for the Detroit Police Department; MARCUS WAYS, individually and in his official capacity as police officer for the Detroit Police Department; JEROLD BLANDING, individually and in his official capacity as police officer for the Detroit Police Department,

    Jointly and severally,
        Defendants.

Case No: 16-cv-13036-GAD-SDD
Hon. Gershwin A. Drain
Mag. Stephanie Dawkins Davis

## INDEX OF EXHIBITS TO SECOND AMENDED COMPLAINT

| Exhibit | Description |
| --- | --- |
| 1 | David G. Grant, et al, *Detroit is soft on killer cops – Department docues on justifying shooting, not truth, critics say*, The Detroit News, May 14, 2000 |
| 2 | Aaron Miguel Cantu, *Detroit's Hidden Crack Casualties*, The Interceptor, October 14, 2015 |

1