UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMAR PARKER,

    Plaintiff,

vs.

CITY OF DETROIT, a municipality, et al.,

Jointly and severally,

    Defendants.

Case No: 16-cv-13036-GAD-SDD
Hon. Gershwin A. Drain
Mag. Stephanie Dawkins Davis

---

| SALVATORE PRESCOTT & PORTER, PLLC | CITY OF DETROIT LAW DEPT. |
|---|---|
| Sarah S. Prescott (P70510) | Gregory B. Paddison (P75963) |
| Nakisha N. Chaney (P65066) | Attorney for Defendants |
| Attorneys for Plaintiff | 2 Woodward Ave., Ste. 500 |
| 105 East Main Street | Detroit, MI 48226 |
| Northville, MI 48167 | (313) 237-0435 |
| (248) 679-8711 | paddisong@detroitmi.gov |
| prescott@spplawyers.com | |
| chaney@spplawyers.com | |

## **STIPULATED PROTECTIVE ORDER**

    The parties have mutually agreed on reasonable protections that will aid and facilitate discovery, as follows:

    1.    Plaintiff will keep and maintain items ordered to be produced by the Court, pursuant to Docket No. 56, for use in this case and for no other purpose.

    2.    Plaintiff will provide 14 days' notice to Defendant City before he

publicly files items identified at Pg ID 927 ("addresses, phone numbers, dates of birth or other information covered by Fed. R. Civ. P. 5.2") in the docket or uses them in open court, so that Defendant may seek an order sealing the evidence, if it so wishes. Upon filing a motion, Plaintiff will refrain from publicly filing the materials until a ruling is entered.

3. The parties enter this stipulation to aid in discovery and without prejudice to any future argument about the need to maintain confidentiality, and entry of this Order shall not be considered to alter any burden on any party otherwise applicable relative to establishing confidentiality.

4. Nothing in this Order shall be interpreted to address admissibility of any evidence.

**IT IS SO ORDERED.**

/s/Gershwin A Drain
Hon. Gershwin A. Drain
United States District Judge

Dated: October 26, 2017

Approved as to form and substance:

| /s/ Sarah S. Prescott | /s/ Gregory B. Paddison (w/ permission) |
|---|---|
| Sarah S. Prescott (P70510) | Gregory B. Paddison (P75963)ok |
| SALVATORE PRESCOTT & PORTER, PLLC | CITY OF DETROIT LAW DEPT. |
| Attorneys for Plaintiff | Attorney for Defendants |
| 105 E. Main Street | 2 Woodward Ave., Ste. 500 |
| Northville, MI 48167 | Detroit, MI 48226 |
| (248) 679-8711 | (313) 237-0435 |
| prescott@spplawyers.com | paddisong@detroitmi.gov |
| Dated: October 20, 2017 | Dated: October 25, 2017 |

3