UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMAR PARKER,

    Plaintiff,

vs.

    Case No: 16-cv-13036-GAD-SDD
    Hon. Gershwin A. Drain
    Mag. Stephanie Dawkins Davis

CITY OF DETROIT, et al.,

    Jointly and severally,
        Defendants.

**INDEX OF EXHIBITS TO
PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE,
TO COMPEL DEPOSITION, AND TO EXTEND DISCOVERY**

| **Exh.** | **Description** |
|---|---|
| A. | Plaintiff's 30(b)(6) Deposition Notices |
| B. | *Gonzalez, Jr. v. Ohio Cas. Ins. Co.,* 2008 WL 795757 (E.D. Mich. 2008) |
| C. | *United States v. Elsass,* No. 2:10-CV-336, 2011 WL 335957 |
| D. | *Whitney v. City of Milan,* No. 09-1127, 2010 WL 2011663 |
| E. | *Horacek v. Wilson,* 2008 WL 2397638 |
| F. | *Carfagno v. Jackson Nat'l Life Ins. Co.,* No. 5:99CV118, 2001 WL 34059032 |
| G. | *Cleveland Indians Baseball Co. v. United States,* No. 96-CV-2240, 1998 WL 180623 |