UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMAR PARKER,

    Plaintiff,

vs.

CITY OF DETROIT, et al.,

  Jointly and severally,
      Defendants.

Case No: 16-cv-13036-GAD-SDD
Hon. Gershwin A. Drain
Mag. Stephanie Dawkins Davis

---

SALVATORE PRESCOTT &
PORTER, PLLC
Sarah S. Prescott (P70510)
Nakisha N. Chaney (P65066)
Attorneys for Plaintiff
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@spplawyers.com
chaney@spplawyers.com

CITY OF DETROIT LAW DEPT.
Gregory B. Paddison (P75963)
Attorney for Defendants
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

---

## INDEX OF EXHIBITS TO PLAINTIFF'S RESPONSE BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

A.     Demar Park Deposition Transcript

B.     Christopher Townson Deposition Transcript

C.     Christopher Townson Garrity Statement

D.     Marcus Ways Deposition Transcript

E.     Marcus Ways Garrity Statement

| | |
|---|---|
| F. | Jerold Blanding Garrity Statement |
| G. | Police Reports |
| H. | Photographs of Demar Parker's Vehicle |
| I. | Jerold Blanding Deposition Transcript |
| J. | Lt. Laurie Carter Deposition Transcript |
| K. | *Servantes v. Comm'r of Soc. Sec.,* 2015 WL 870255, at *8 (E.D. Mich. Feb. 27, 2015) |
| L. | *Stanisz v. Fed. Exp. Corp.,* No. 23371, 2003 WL 21660885, at *12 (Mich. Ct. App. July 15, 2003) |
| M. | *Marshall v. City of Farmington Hills,* 2017 WL 2380650, at *8 (6th Cir. June 1, 2017) |
| N. | *Melson ex rel. Melson v. Botas,* No. 315014, 2014 WL 2867197, at *2 (Mich. Ct. App. June 19, 2014) <u>appeal denied</u>, 497 Mich. 1037, 863 N.W.2d 674 (2015) |
| O. | Blandings' Hand Drawn map |
| P. | DPD Recommendation for Legal Representation |
| Q. | Civil Representation Letter dated 10/11/2017 |
| R. | Ways' Hand Drawn Map |