# EXHIBIT M

**In The Matter Of:**

*Parker vs.*
*City of Detroit*

*Transcription of: Jerold Blanding*
*August 29, 2017*



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

A U.S. Legal Support Company

**Bingham Farms/Southfield • Grand Rapids**
Detroit • Ann Arbor • Flint • Lansing • Jackson • Mt. Clemens • Saginaw • Troy

*Original File JEROLD BLANDING_TRANSCRIPTION OF_.txt*
Min-U-Script® with Word Index

Case 2:16-cv-13036-GAD-SDD   ECF No. 84-14   filed 07/03/18   PageID.2048   Page 3 of 7

Parker vs.
City of Detroit
Transcription of: Jerold Blanding
August 29, 2017

Page 1

1  IN THE MATTER OF:
2
3  DEMAR PARKER
4      vs.
5  CITY OF DETROIT
6  _____
7
8      Garrity Interview of Police Officer Jerold Blanding
9      June 14, 2016
10     Transcribed by Renee J. Ogden, CSR-3455, RPR.

Page 2

1  **SERGEANT LAURIE CARTER:** Today is Tuesday,
2  June 14, 2016. The time is now approximately
3  12:45 p.m. We are at 1301 Third, Suite 319, Office of
4  Force Investigation, Room Number 1, for the purpose of
5  interviewing Police Officer Jerold Blanding, Badge
6  2994, regarding FI case 15-032, an allegation of shots
7  fired at Mr. DeMar Parker by Officer Blanding.
8  Officer Blanding is the focus of this
9  investigation. Present is myself, Sergeant Laurie
10 Carter, Badge S71, of force investigation; Sergeant
11 Kelly Mullins, Badge S110, of force investigation;
12 Police Officer Jerold Blanding, Badge 2994 of the
13 10th Precinct; and Attorney Carrie Butorac of the
14 DPOA.
15 **CARRIE BUTORAC:** Officer Blanding has
16 received his Garrity rights. He does waive a formal
17 reading at this point in time. He doesn't waive any
18 protections therein. He understands that he is being
19 ordered to answer questions. Is that correct?
20 **OFFICER JEROLD BLANDING:** Yes.
21 **SERGEANT LAURIE CARTER:** Officer Blanding,
22 I would like to draw your attention to Friday,
23 August the 14th, 2015, at approximately 11:30 p.m.
24 Can you tell me what occurred on this date
25 and time?

Page 3

1  **OFFICER JEROLD BLANDING:** On that day, I
2  was with -- I was with Officer Ways. He received a
3  phone call from Officer Townson that -- Townson called
4  Ways and said his son was in trouble and was trying to
5  see who was closer to him because Townson stays in
6  Southfield. So he was calling to see where Ways was
7  at. I just so happened to be with Ways.
8  We were going over to Curtis and Mendota.
9  Ways kept going back and forth and calling Townson on
10 the phone. He would answer and then he wouldn't. He
11 would answer sometimes and he was saying my son called
12 me and said he is in trouble, Daddy, come help me,
13 come help me, and hung the phone up.
14 By the time we got to the area of Curtis
15 and Mendota, I guess that's his -- Townsend's baby's
16 mother's house. As we're pulling up, you see Townson
17 and I guess that guy, I don't know --
18 **SERGEANT LAURIE CARTER:** Mr. Parker.
19 **OFFICER JEROLD BLANDING:** Mr. Parker. I
20 never knew who he was.
21 **SERGEANT LAURIE CARTER:** Okay.
22 **OFFICER JEROLD BLANDING:** Were arguing in
23 the street. Mr. Parker had his hands balled up. They
24 were squared off as if they were getting ready to
25 fight.

Page 4

1  Officer Ways got out of his truck. I got
2  out of the truck, but Officer Ways was walking in
3  front of me. I told him to hold up a minute because I
4  was trying to look around and see what was going on.
5  I don't know if the guy heard me or saw Ways walking
6  up.
7  The next thing I know, the guy looked in
8  our direction and was like, okay, it's like that. I
9  got something for you niggers. He took off across the
10 street which in that area would be northbound. I
11 didn't see him at all after that.
12 I heard Townson telling his son, just get
13 your stuff. Let's go. Just get your stuff. Let's
14 go. So his son is (Inaudible). He is like, just get
15 your stuff. Let's go. Townsend's car, I believe, was
16 in that driveway. He is telling his son, let's go,
17 let's go, let's go.
18 So I told Ways, come on, man. Come on
19 back. As he is coming back towards the truck, I'm
20 still standing by his truck. You hear the tires
21 squealing. It was a silver color Cadillac with the
22 same guy coming down southbound from the other side of
23 the street at a high rate of speed.
24 He had his window down and I could see a
25 gun was in his hand. He was -- for some reason he was

Page 5

1 looking straight at Ways. He didn't look at me. He
2 was focused on Ways. He had the window down and was
3 like, what's up, niggers? I got something for you
4 now. You could see the gun in his hand.
5 He started raising the gun at Ways. I
6 thought he was about to shoot him. He was still going
7 at a high rate of speed because the tires were
8 squealing. That's when I fired at him and it startled
9 him because for some reason he didn't see me.
10 Ways fell on the ground. I didn't -- the
11 car kept going eastbound on Curtis. I asked Ways when
12 he got up, I said, are you okay? He said, yeah. I'm
13 like, CT, let's go, (Inaudible) Townson. You're good,
14 you're good? Yes. We got to call 911.
15 That's when we called and everyone came and
16 the car later went southbound on one of those streets.
17 I'm not sure which one.
18 **SERGEANT LAURIE CARTER:** Okay. Where did
19 you and Officer Ways park when you arrived at the
20 location?
21 **OFFICER JEROLD BLANDING:** That would be on
22 Curtis right at -- I think the street is Mendota.
23 **SERGEANT LAURIE CARTER:** Which direction
24 was the vehicle facing?
25 **OFFICER JEROLD BLANDING:** His vehicle?

Page 6

1 **SERGEANT LAURIE CARTER:** Mm-hmm.
2 (No audio recording from 4:57-7:52).
3 **SERGEANT LAURIE CARTER:** What weapon did
4 you fire?
5 **OFFICER JEROLD BLANDING:** It was my
6 department-issued weapon.
7 **SERGEANT LAURIE CARTER:** How many rounds
8 are loaded in your department-issued weapon?
9 **OFFICER JEROLD BLANDING:** Whatever you are
10 supposed to put, 15.
11 **SERGEANT LAURIE CARTER:** What supervisor
12 respond to that location?
13 **OFFICER JEROLD BLANDING:** I can't think of
14 his name. After the other supervisor, I called my
15 supervisor, Sergeant Tony O'Rourke. There was another
16 supervisor there. I don't know his name. Him and I
17 got into it.
18 **SERGEANT LAURIE CARTER:** Did you call 911?
19 **OFFICER JEROLD BLANDING:** No, Townson did.
20 **SERGEANT LAURIE CARTER:** Officer Townson
21 called 911.
22 Did you ever see Ms. Sanchez?
23 **OFFICER JEROLD BLANDING:** Never saw her.
24 **SERGEANT LAURIE CARTER:** Did you ever
25 see -- did you see where Officer Ways was when you

Page 7

1 fired the shot?
2 **OFFICER JEROLD BLANDING:** He was
3 approximately -- approximately 15, 20 feet away from
4 me walking back to the truck because I told him to
5 come on after the guy had took off. After the guy had
6 ran off, I said, come on, let's go, let's go.
7 **SERGEANT LAURIE CARTER:** When Mr. Parker
8 came back in that silver vehicle, at what rate of
9 speed was he going?
10 **OFFICER JEROLD BLANDING:** He was going
11 pretty fast.
12 **SERGEANT LAURIE CARTER:** When you say
13 pretty fast, give me an approximate speed.
14 **OFFICER JEROLD BLANDING:** When he came
15 around that corner, he was probably doing 25 to 30
16 miles an hour. His tires were squealing.
17 **SERGEANT LAURIE CARTER:** When Mr. Parker --
18 you said when you initially got there, he was in the
19 street with Officer Townson?
20 **OFFICER JEROLD BLANDING:** Yes.
21 **SERGEANT LAURIE CARTER:** At any point did
22 you see a city bus?
23 **OFFICER JEROLD BLANDING:** No.
24 **SERGEANT LAURIE CARTER:** Did you see
25 Mr. Parker grab hold to the front of a city bus?

Page 8

1 **OFFICER JEROLD BLANDING:** No.
2 **SERGEANT LAURIE CARTER:** Did you see
3 Officer Townson assault Mr. Parker?
4 **OFFICER JEROLD BLANDING:** No. They were
5 arguing. They were squared off in the street, but,
6 no, I didn't see him touch anybody.
7 **SERGEANT LAURIE CARTER:** How was Mr. Parker
8 attired on this day?
9 **OFFICER JEROLD BLANDING:** Looking in my
10 report, I recall that he had a tank top on and dark
11 colored pants.
12 **SERGEANT LAURIE CARTER:** Okay. When
13 Mr. Parker ran off to the direction of his vehicle,
14 which direction did he run?
15 **OFFICER JEROLD BLANDING:** He ran off
16 northbound. I never saw him enter a vehicle. I
17 thought he was going to a house or in between houses.
18 That's why I told him, let's go.
19 **SERGEANT LAURIE CARTER:** Okay.
20 Approximately how long were you at this location prior
21 to the shots being fired?
22 **OFFICER JEROLD BLANDING:** Maybe 10 minutes.
23 It happened real quick.
24 **SERGEANT LAURIE CARTER:** So for 10 minutes,
25 what was happening in that 10-minute span?

Case 2:16-cv-13036-GAD-SDD   ECF No. 84-14   filed 07/03/18   PageID.2050   Page 5 of 7

Parker vs.                                             Transcription of: Jerold Blanding
City of Detroit                                                            August 29, 2017

Page 9

1  **OFFICER JEROLD BLANDING:** They were arguing
2  in the street. That's when he saw Ways walking. They
3  argued. Then that's when he said, oh, its like that,
4  I got something for you niggers and he took off.
5  **SERGEANT LAURIE CARTER:** Did Ways advance
6  Townson and Mr. Parker as they were arguing in the
7  street?
8  **OFFICER JEROLD BLANDING:** He was walking
9  towards them. Then that's when the guy looked before
10 he could get to him and he took off.
11 **SERGEANT LAURIE CARTER:** Approximately how
12 far away was Officer Ways from Officer Townson and
13 Mr. Parker?
14 **OFFICER JEROLD BLANDING:** Maybe about --
15 maybe a couple of houses from what I saw.
16 **SERGEANT LAURIE CARTER:** Okay.
17 Approximately how far away were you when you
18 observed --
19 **OFFICER JEROLD BLANDING:** Still right there
20 on the corner. It was dark out there. I would say I
21 was at least four houses away from him. I never made
22 it down to them.
23 **SERGEANT LAURIE CARTER:** Okay. How far is
24 Ms. Sanchez's house from the corner of Mendota and
25 Curtis?

Page 10

1  **OFFICER JEROLD BLANDING:** Couldn't tell
2  you. Maybe five, six houses.
3  **SERGEANT LAURIE CARTER:** Sergeant Mullins?
4  **SERGEANT KELLY MULLINS:** At what direction
5  were you firing shots?
6  **OFFICER JEROLD BLANDING:** That would be
7  the -- what do you mean?
8  **SERGEANT KELLY MULLINS:** Well, when you
9  fired your shots, what direction --
10 **OFFICER JEROLD BLANDING:** Fired them all
11 into his vehicle where. The window was down.
12 **SERGEANT KELLY MULLINS:** Okay. What
13 direction would that be? Would it be north or south?
14 **OFFICER JEROLD BLANDING:** It would be
15 southbound.
16 **SERGEANT KELLY MULLINS:** Southbound?
17 **OFFICER JEROLD BLANDING:** Yes, because when
18 he drove by --
19 **SERGEANT KELLY MULLINS:** What was behind
20 his vehicle? What was the backdrop of your shots
21 being fired? I know you were shooting at his vehicle,
22 but what was the backdrop?
23 **OFFICER JEROLD BLANDING:** It was the
24 telephone pole, the corner, the grass.
25 **SERGEANT KELLY MULLINS:** So it was at the

Page 11

1  intersection?
2  **OFFICER JEROLD BLANDING:** Yes.
3  **SERGEANT KELLY MULLINS:** And his window was
4  down?
5  **OFFICER JEROLD BLANDING:** Yes.
6  **SERGEANT KELLY MULLINS:** Was there
7  anyone -- did he almost run anyone over when he turned
8  around?
9  **OFFICER JEROLD BLANDING:** He was going
10 toward Officer Ways.
11 **SERGEANT KELLY MULLINS:** He was going
12 toward Officer Ways?
13 **OFFICER JEROLD BLANDING:** Yes.
14 **SERGEANT KELLY MULLINS:** And Officer Ways
15 was in the street?
16 **OFFICER JEROLD BLANDING:** Yes.
17 **SERGEANT KELLY MULLINS:** That was
18 eastbound, going eastbound on --
19 **OFFICER JEROLD BLANDING:** He came down -- I
20 believe that street is Mendota, cut into Curtis, and
21 then was going towards Officer Ways and was walking
22 back toward me on the street.
23 **SERGEANT KELLY MULLINS:** And Ways was on
24 Curtis or Mendota?
25 **OFFICER JEROLD BLANDING:** He was on Curtis.

Page 12

1  **SERGEANT KELLY MULLINS:** Okay. So he was
2  going in the direction of Officer Ways. Was he in the
3  middle of the street?
4  **OFFICER JEROLD BLANDING:** As I recall, he
5  was in the middle of the street because he was walking
6  back towards me. We were under -- where he parked at,
7  I do remember it was a street light. Down where they
8  were at, it was dark. I could still -- I know who
9  Townson was, but I didn't know who that guy was.
10 **SERGEANT KELLY MULLINS:** Okay.
11 **OFFICER JEROLD BLANDING:** When I -- after
12 the guy ran off, I could see a kid and I think
13 Townsend's son is probably nine or ten at that time.
14 **SERGEANT KELLY MULLINS:** So he had to veer
15 off or did Townson have to jump out of the way?
16 **OFFICER JEROLD BLANDING:** No, Ways did.
17 **SERGEANT KELLY MULLINS:** I'm sorry. He was
18 in the way -- he almost hit Ways?
19 **OFFICER JEROLD BLANDING:** Yes.
20 **SERGEANT KELLY MULLINS:** And Ways had to
21 jump out of the way?
22 **OFFICER JEROLD BLANDING:** Yes.
23 **SERGEANT KELLY MULLINS:** Okay. Did the guy
24 continue to go straight through or did he swerve or do
25 you know?

Page 13

1  **OFFICER JEROLD BLANDING:** Once I shot at
2  his vehicle, at him in the vehicle as he was raising
3  the gun, it startled him. He swerved off and then he
4  went southbound down whatever other street that is.
5  **SERGEANT KELLY MULLINS:** Did he ever come
6  back after that?
7  **OFFICER JEROLD BLANDING:** No. By that time
8  Townson got on the phone and that's when everyone
9  came.
10  **SERGEANT KELLY MULLINS:** Do you know if
11  there was an incident earlier that night where the
12  police responded?
13  **OFFICER JEROLD BLANDING:** No.
14  **SERGEANT KELLY MULLINS:** Did you hear any
15  other conversation between Officer Townson and
16  Mr. Parker?
17  **OFFICER JEROLD BLANDING:** No. I just heard
18  them arguing. I mean, it happened quick. As soon as
19  the guy saw Ways walking down there, I don't know what
20  he was thinking, but he was like, I got something for
21  you niggers, and he took off.
22  **SERGEANT KELLY MULLINS:** Okay. Where was
23  Townson during the shooting?
24  **OFFICER JEROLD BLANDING:** I couldn't -- I
25  know he didn't come down that way. I know once the

Page 14

1  guy had took off, he was more concerned about his son
2  hurrying up and getting his stuff out of that house.
3  **SERGEANT KELLY MULLINS:** Did you observe
4  any citizens out on the street that night?
5  **OFFICER JEROLD BLANDING:** No, no one was
6  out there.
7  **SERGEANT KELLY MULLINS:** What was the
8  lighting like when you fired your shots?
9  **OFFICER JEROLD BLANDING:** Like I said,
10  where we were parked at, it was a street light there.
11  If you look further south, it was dark, where his
12  vehicle came from was dark, further down where the
13  house was at it was dark.
14  **SERGEANT KELLY MULLINS:** Officer Blanding,
15  why did you fire?
16  **OFFICER JEROLD BLANDING:** Because I thought
17  he was going to shoot Officer Ways and run him over.
18  **SERGEANT KELLY MULLINS:** At any time did --
19  when Mr. Parker came back and the window was down, did
20  he state anything?
21  **OFFICER JEROLD BLANDING:** He said -- as I
22  recall, he was saying something, what's up now,
23  niggers, or something like that.
24  **SERGEANT LAURIE CARTER:** Okay. Is there
25  anything that I may have failed to ask you,

Page 15

1  Officer Blanding, that may help assist me in this
2  investigation?
3  **OFFICER JEROLD BLANDING:** No. Everything
4  happened so quick, I still don't know what the
5  conflict was about.
6  **SERGEANT LAURIE CARTER:** Okay. At any time
7  did you have an opportunity to talk to Officer Townson
8  after the incident?
9  **OFFICER JEROLD BLANDING:** I called him. He
10  is off sick. We're good friends. But I called him to
11  make sure his son was okay and basically he was like,
12  man, what was all that about.
13  **SERGEANT KELLY MULLINS:** Right. Okay.
14  This is going to complete my interview with
15  Officer Blanding. The time is now approximately 1:00
16  p.m.
17     Officer Blanding, this is an ongoing
18  investigation. Please do not discuss the details of
19  your Garrity interview with anyone. Do you understand
20  at this time?
21  **OFFICER JEROLD BLANDING:** Yes.
22  (Recording concluded.)
23
24
25

Page 16

1                CERTIFICATE OF NOTARY
2  E OF MICHIGAN )
3                ) SS
4  TY OF WAYNE   )
5
6     I, RENEE J. OGDEN, certify that the
7  foregoing was recorded by me stenographically and
8  reduced to computer transcription; that this is a
9  true, full and correct transcript of my stenographic
10  notes so taken; and that I am not related to, nor of
11  counsel to, either party nor interested in the event
12  of this cause.
13
14
15
16
17
18             *Renee J. Ogden*
19
20             RENEE J. OGDEN, CSR-3455
21             Notary Public,
22             Wayne County, Michigan
23  My Commission expires: June 21, 2018
24
25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMAR PARKER,

      Plaintiff,

vs.

CITY OF DETROIT, et al.,

  Jointly and severally,
        Defendants.

Case No: 16-cv-13036-GAD-SDD
Hon. Gershwin A. Drain
Mag. Stephanie Dawkins Davis

| SALVATORE PRESCOTT & PORTER, PLLC<br>Sarah S. Prescott (P70510)<br>Nakisha N. Chaney (P65066)<br>Attorneys for Plaintiff<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>prescott@spplawyers.com<br>chaney@spplawyers.com | CITY OF DETROIT LAW DEPT.<br>Gregory B. Paddison (P75963)<br>Attorney for Defendants<br>2 Woodward Ave., Ste. 500<br>Detroit, MI 48226<br>(313) 237-0435<br>paddisong@detroitmi.gov |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I electronically filed the foregoing document, Exhibit F to Plaintiff's Response Brief in Opposition to Defendants' Motion for Partial Summary Judgment, and this Certificate of Service with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record.

Dated: April 3, 2018

        /s/ Tara L. Lank
        Tara L. Lank, Legal Secretary