# EXHIBIT O

# DETROIT POLICE DEPARTMENT CRIME REPORT

DETROIT POLICE DEPARTMENT

Case No. 1508150020
Report No. 1508150020.2
Report Date: 8/15/2015

**1**

Page 1 of 2

| | | | | |
|---|---|---|---|---|
| Subject: | 12-12-1205- FA MOTOR VEH- NO ARR | | | |
| Case Report Status | I - IN PROCESS | Date Entered | 8/15/2015 3:12:20 AM | Reporting Officer |
| County | 82 - WAYNE | Entered By | 233191 - BLANDING, JEROLD | 233191 - BLANDING, JEROLD |
| City/Township | 99 - DETROIT | Date Verified | | |
| Occurred On (and Between) | 8/14/2015 11:35:00 PM | Verified By | | Assisted By |
| Location | CURTIS / MENDOTA | Date Approved | | |
| CSZ | | Approved By | | |
| Census/Geo Code | 5387 | Connecting Cases | | Assist Agency |
| Grid | 122 - SCA 1207 | Disposition | ACTIVE | |
| Call Source | | Tactical Actions | | |
| | | Clearance Reason | | |
| | | Date of Clearance | | |
| Vehicle Activity | | Reporting Agency | DETROIT POLICE DEPARTMENT | |
| Vehicle Traveling | | Division | 12TH PRECINCT | |
| Cross Street | | Notified | | |
| Means | | | | |
| Other Means | | | | |
| Motive | | | | |
| Other Motives | | | | |

Report Narrative **************************************FORCE USED**************************************

PO JEROLD BLANDING #2994

A: NONE.

S: OFF DUTY.

C: ON THE ABOVE DATE AND TIME, I WAS THE PASSENGER IN THE VEHICLE OF OFF DUTY OFFICER MARCUS WAYS. I RODE WITH OFFICER WAYS IN THE AREA OF CURTIS AND MENDOTA TO MEET UP WITH OFF DUTY OFFICER CHRISTOPHER TOWNSON. OFFICER WAYS ADVISED ME WHILE WE WERE RIDING OVER TO THE AREA THAT, OFFICER TOWNSON'S SON HAD CALLED OFFICER TOWNSON AND SAID " DAD COME GET ME. IT'S AN EMERGENCY PLEASE, PLEASE COME GET ME DAD ". ONCE MYSELF AND OFFICER WAYS WERE IN THE AREA OF CURTIS AND MENDOTA, I THEN OBSERVED OFFICER TOWNSON ARGUING IN THE THE STREET WITH A UNKNOWN BLACK MALE WEARING A WHITE TANK TOP AND DARK PANTS. I FURTHER OBSERVED THAT THE UNKNOWN BLACK MALE HAD HIS FIST CLOSED AND WAS IN A FIGHTING STANCE IN FRONT OF OFFICER TOWNSON YELLING. THE UNKNOWN BLACK MALE THEN LOOKED INTO THE DIRECTION OF MYSELF AND OFFICER WAYS AND SAID " YEAH OK I HAVE SOMETHING FOR ALL YOU NEGGA'S". THE UNKNOWN BLACK MALE THEN RAN OFF NORTHBOUND BETWEEN THE HOUSE'S AND SAID " YEAH NEGGA'S I GOT SOMETHING FOR YOUR ASS".

I THEN LOST SIGHT OF HIM FOR A SHORT MOMENT AS HE RAN OFF NORTHBOUND. I THEN HEARD A CAR'S TIRE'S SQUEALING AND I OBSERVED THE UNKNOWN BLACK MALE DRIVING A LIGHT COLORED CADILLAC TRAVELING SOUTHBOUND ON MENDOTA AT VERY HIGH RATE OF SPEED. I THEN OBSERVED THAT THE UNKNOWN BLACK MALE HAD A PISTOL IN HIS RIGHT HAND AND YELLED THROUGH THE OPEN WINDOW " WHAT'S UP NOW NEGGA'S". HE THEN DROVE THE CADILLAC DIRECTLY AT OFFICER WAYS AND RAISED UP THE PISTOL AS IF HE WAS GOING TO SHOOT AT OFFICER WAYS. I THEN FEARED FOR THE LIFE AND SAFETY OF OFFICER WAYS AND WAS FORCED TO FIRE MY DEPARTMENT ISSUED WEAPON (SMITH & WESSON, M & P 40, ███████████████) SEVERAL TIME'S AT THE UNKNOWN BLACK MALE, BECAUSE I FEARED THAT HE WAS GOING TO SHOOT OFFICER WAYS OR RUN HIM OVER WITH THE CAR. I THEN OBSERVED OFFICER WAYS JUMPED OUT OF THE WAY OF CAR AND FELL ON THE SOUTH SIDE OF THE STREET. THE UNKNOWN BLACK MALE THEN DROVE EASTBOUND ON CURTIS AND THEN IN A UNKNOWN DIRECTION. I THEN CHECKED ON OFFICER WAYS TO MAKE SURE THAT HE WAS OK. ONCE OFFICER WAYS ADVISED ME THAT HE WAS OK. OFFICER TOWNSON CALLED FOR ASSISTANCE ON HIS CELL PHONE.

O: ABOVE FACTS.

T: NONE.

**Offense Detail: 1311 - AGG/FEL ASSAULT - POLICE OFFICER - OTHER WEAPON**

| | | | |
|---|---|---|---|
| Offense Description | 1311 - AGG/FEL ASSAULT - POLICE OFFICER - OTHER WEAPON | | |
| IBR Code | 13A - AGGRAVATED ASSAULT | Location | 13 - HIGHWAY/ROAD/ALLEY |
| IBR Group | A | Offense Completed? | YES |
| Crime Against | PE | Hate/Bias | 00 - NONE (NO BIAS) |
| | | | No. Prem. Entered |
| | | | Entry Method |

NetRMS_MICR.rtf v2f

Printed For: _____
Printed: August 16, 2015 - 10:00 AM

# DETROIT POLICE DEPARTMENT CRIME REPORT



DETROIT POLICE DEPARTMENT

Case No. **1508150020**
Report No. **1508150020.2**
Report Date: **8/15/2015**

**2**

Page 2 of 2

| | | | |
|---|---|---|---|
| Offense File Class | 13002 - AGGRAVATED/FELONIOUS ASSAULT | Domestic Violence **NO** | Type Security |
| PACC | | | Tools Used |
| Local Code | | | |
| Using Criminal Activity | | | |
| Weapons | 35 - MOTOR VEHICLE (WHEN USED AS WEAPON) | | |

## Offense Detail: 1380 - TELEPHONE USED FOR HARASSMENT, THREATS

| | | | |
|---|---|---|---|
| Offense Description | 1380 - TELEPHONE USED FOR HARASSMENT, THREATS | | |
| IBR Code | 13C - INTIMIDATION | Location **20 - RESIDENCE/HOME** | |
| IBR Group | A | Offense Completed? **YES** | No. Prem. Entered |
| Crime Against | PE | Hate/Bias **00 - NONE (NO BIAS)** | Entry Method |
| Offense File Class | 13003 - INTIMIDATION/STALKING | Domestic Violence **NO** | Type Security |
| PACC | | | Tools Used |
| Local Code | | | |
| Using Criminal Activity | | | |
| Weapons | | | |

NetRMS_MICR.rtf v2f

Printed. August 16, 2015 - 10:00 AM