# EXHIBIT Q

DETROIT POLICE DEPARTMENT

D.P.D. 045

## RECOMMENDATION FOR LEGAL REPRESENTATION

COMMAND **Tenth Precinct**   DATE **02/16/2017**

DATE & TIME OF INCIDENT **08/14/2015 at 11:35 p.m.**   CIVIL ACTION NUMBER **16-CV-13036**

LOCATION **Curtis/Mendota**   PLAINTIFF **Demar Parker**

NAMED DEFENDANTS:

| RANK | NAME | BADGE | ON/OFF DUTY | ACTING WITHIN OFFICIAL DUTIES | ACTING IN GOOD FAITH | RECOMMEND REPRESENTATION |
|------|------|-------|-------------|-------------------------------|----------------------|--------------------------|
| PO | Christopher Townson | 2686 | OFF | YES | YES | YES |
| PO | Marcus Ways | 899 | OFF | YES | YES | YES |
| PO | Jerold Blanding | 2994 | OFF | YES | YES | YES |
| | | | | | | |

LIST ADDITIONAL NAMED DEFENDANTS IN BODY OF REPORT

ATTACHMENTS:

- ☒ PCR(s) FOR ALL OFFICERS
- ☐ DESK BLOTTER ENTRIES
- ☐ OFFICER'S INJURY REPORT
- ☐ COURT DISPOSITION
- ☐ CANVASS FOR WITNESS

- ☐ ACTIVITY LOGS FOR ALL MEMBERS
- ☐ ARREST BOOK ENTRIES
- ☐ I D U. CASE FILZ
- ☐ PHOTOGRAPHS
- ☐ DISCIPLINARY REPORT

- ☐ CITIZEN COMPLAINT INVESTIGATION
- ☐ INJURED PRISONER INVESTIGATION
- ☐ IOU COMPLAINT BOOK ENTRY
- ☒ DAILY DETAIL SHEETS
- ☐ OTHER REPORTS _____

HAS AN INTERNAL AFFAIRS SECTION INVESTIGATION BEEN CONDUCTED AS A RESULT OF THIS INCIDENT. ☒ ☐

PREPARED BY: **Sergeant Kenneth Germain, badge S-675**

SUPERVISOR TYPED RANK NAME & BADGE   SIGNATURE

PRECINCT/DIVISION COMMANDER **Commander Nick Kyriacou**

SIGNATURE

### SYNOPSIS OF INCIDENT/CITATION OF APPLICABLE RULES, LAW OR PROCEDURES/OTHER PERTINENT INFORMATION

On August 14, 2015 at approximately 11:35 p.m. PO Townson was off duty. PO Townson made the location of Curtis and Mendota, the area of his childs mothers residence, in response to a call from his child, who claimed there was a disturbance at the location. PO Townson called and asked PO Ways and PO Blanding, both off duty, to make the location to assist. Upon arriving at the location, a domestic argument began between PO Townson and Mr. Demar Parker. Upon the arrival of PO Ways and PO Blanding, Mr. Parker fled the scene. Mr. Parker returned moments later, driving a vehicle. Mr. Parker drove the vehicle in the direction of PO Ways. Fearing for PO Ways life, PO Blanding fired his department issued weapon at the vehicle. PO Ways jumped out of the path of the vehicle. The vehicle then fled the area. The incident was documented on Detroit Police Department Crime Report Number (Crisnet) 1508150020.

A review of the submitted reports reveals that PO Townson was not directly involved in the use of force and was only a witness to the incident following his initial interaction with Mr. Parker. PO Ways safety became jeopardized by the actions of Mr. Parker. PO Blanding used force in fear of the safety of PO Ways. Force Investigation completed Case #15-032 with a finding of EXONERATED for the deadly force assault by PO Blanding.

Following my review, I recommend that PO Townson, PO Blanding and PO Ways receive legal representation.

PLACE ADDITIONAL DETAILS ON BACK IF NECESSARY

THIS FORM AND DOCUMENTS ATTACHED ARE PROVIDED AS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS BETWEEN THE DETROIT POLICE DEPARTMENT AND THE DETROIT LAW DEPARTMENT AND ITS ATTORNEYS

DETROIT POLICE DEPARTMENT

D.P.D. 645

## RECOMMENDATION FOR LEGAL REPRESENTATION

| COMMAND TENTH PRECINCT | | | | | | DATE 10/31/2016 | | |
|---|---|---|---|---|---|---|---|---|

DATE & TIME OF INCIDENT   08/14/2015 APPROX. 23:00 HRS          CIVIL ACTION NUMBER   16-CV-13036

LOCATION   CURTIS AND MENDOTA          PLAINTIFF   DEMAR PARKER

NAMED DEFENDANTS:

| RANK | NAME | BADGE | ON/OFF DUTY | ACTING WITHIN OFFICIAL DUTIES | ACTING IN GOOD FAITH | RECOMMEND REPRESENTATION |
|---|---|---|---|---|---|---|
| P.O. | CHRISTOPHER TOWNSEND | 2686 | OFF | YES | YES | YES |
| | | | | | | |
| | | | | | | |
| | | | | | | |

LIST ADDITIONAL NAMED DEFENDANTS IN BODY OF REPORT

**ATTACHMENTS:**

- ☐ PCR(s) FOR ALL OFFICERS
- ☐ DESK BLOTTER ENTRIES
- ☐ OFFICER'S INJURY REPORT
- ☐ COURT DISPOSITION
- ☐ CANVASS FOR WITNESS

- ☐ ACTIVITY LOGS FOR ALL MEMBERS
- ☐ ARREST BOOK ENTRIES
- ☐ I.D.U. CASE FILZ
- ☐ PHOTOGRAPHS
- ☐ DISCIPLINARY REPORT

- ☒ CITIZEN COMPLAINT INVESTIGATION
- ☐ INJURED PRISONER INVESTIGATION
- ☐ I.O.U. COMPLAINT BOOK ENTRY
- ☒ DAILY DETAIL SHEETS
- ☐ OTHER REPORTS _____

HAS AN INTERNAL AFFAIRS SECTION INVESTIGATION BEEN CONDUCTED AS A RESULT OF THIS INCIDENT·   ☐   ☒

PREPARED BY:  SERGEANT MIGUEL BENAVIDES, S-1018
SUPERVISOR TYPED RANK, NAME & BADGE          SIGNATURE

PRECINCT/DIVISION COMMANDER:  NICK KYRIACOU
SIGNATURE

SYNOPSIS OF INCIDENT/CITATION OF APPLICABLE RULES, LAW OR PROCEDURES/OTHER PERTINENT INFORMATION

On August 14th, 2016 at approximately 11:00 pm, Police Officer Christopher Townsend, badge 2686 was at the location of Curtis and Mendota. P.O. Townsend was off duty and engaged in an incident with Mr. Demar Parker. The incident was documented on Detroit Police Crime Report number 1508150020 (CRISNET). When attempting to aqcuire P.O. Townsend's report, the report had been locked and cannot be accessed without a proper password. For the purposes of this Request for Legal Representation, Officer Townsend was acting within the scope and authority of a law enforcement officer; writer recommends that Officer Townsend be represented by the City of Detroit Law Department in any subsequent legal proceedings pertaining to this incident.

PLACE ADDITIONAL DETAILS ON BACK IF NECESSARY

THIS FORM AND DOCUMENTS ATTACHED ARE PROVIDED AS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS BETWEEN THE DETROIT POLICE DEPARTMENT AND THE DETROIT LAW DEPARTMENT AND ITS ATTORNEYS