UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

DEMAR PARKER, an individual,
    Plaintiff,

Case No.: 2:16-cv-13036
Hon. Gershwin A. Drain

- vs -

CITY OF DETROIT, JEROLD BLANDING, CHRISTOPHER TOWNSON, and MARCUS WAYS,
    Defendants.
_____/

| | |
|---|---|
| SALVATORE PRESCOTT, PLLC | CITY OF DETROIT LAW DEPARTMENT |
| Sarah S. Prescott (P70510) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendant |
| 105 East Main Street | 2 Woodward Ave., Ste. 500 |
| Northville, MI 48167 | Detroit, MI 48226 |
| (248) 679-8711 | (313) 237-0435 |
| prescott@salvatoreprescott.com | paddisong@detroitmi.gov |

_____/

## STIPULATED ORDER STAYING PROCEEDINGS

This matter having come before this Honorable Court by stipulation, and the Court being fully advised in the premises:

WHEREAS, Plaintiff, DEMAR PARKER, and Defendants, CITY OF DETROIT and JEROLD BLANDING, have reached a prospective settlement in this matter resolving all of Plaintiff's claims against Defendants for the sum of Ninety Seven Thousand Five Hundred Dollars and Zero Cents ($97,500.00).

WHEREAS, the prospective settlement is subject to approval by the Detroit City Council and if approved, will resolve the above-captioned matter in its entirety.

WHEREAS, the interests of economy and judicial efficiency are best served by staying the above-captioned matter, pending an approval or rejection of the proposed settlement, by the Detroit City Council.

IT IS HEREBY ORDERED that Defendants, CHRISTOPHER TOWNSON, and MARCUS WAYS, are hereby dismissed as parties to this action, without prejudice and without fees or costs to any party, including, without limitation, relating to the offer of judgment in this matter.

IT IS FURTHERED ORDERED that the above captioned matter is hereby stayed as to Defendants, CITY OF DETROIT and JEROLD BLANDING, pending approval or rejection of the prospective settlement(s) by the Detroit City Council.

IT IS FURTHER ORDERED that upon approval by the Detroit City Council, execution of applicable Releases, and payment of settlement proceeds, the above captioned matter shall be reinstated as to Defendants, CHRISTOPHER TOWNSON and MARCUS WAYS, for the limited purpose of entry of an Order of Dismissal, with prejudice, as to all Defendants.

IT IS SO ORDERED. THIS IS NOT A FINAL ORDER, NOR DOES IT CLOSE THE CASE.

Dated: November 19, 2018

                                                 s/Gershwin A. Drain
                                                 HON. GERSHWIN A. DRAIN
                                                 United States District Court Judge

I STIPULATE TO THE ENTRY OF THE ABOVE ORDER.

| | | | |
|---|---|---|---|
| /s/ | <u>Sarah S. Prescott</u><br>Sarah S. Prescott (P70510)<br>Attorney for Plaintiff | /s/ | <u>Gregory B. Paddison</u><br>Gregory B. Paddison (P75963)<br>Attorney for Defendants |