UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

DEMAR PARKER, an individual,
    Plaintiff,

Case No.: 2:16-cv-13036
Hon. Gershwin A. Drain

- vs -

CITY OF DETROIT, JEROLD BLANDING, CHRISTOPHER TOWNSON, and MARCUS WAYS,
    Defendants.
_____/

SALVATORE PRESCOTT, PLLC
Sarah S. Prescott (P70510)
Attorney for Plaintiff
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@salvatoreprescott.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendant
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov
_____/

## INDEX OF EXHIBITS

Exhibit "A" -    City Council Memorandum

Exhibit "B" -    City Council Resolution

Exhibit "C" -    Email Correspondence dated January 29, 2019

Exhibit "D" -    Email Correspondence dated February 4, 2019

Exhibit "E" -    Email Correspondence dated February 20, 2019

Exhibit "F" -    Redacted Settlement Check

Exhibit "G" -    Email Correspondence dated March 25, 2019

Respectfully Submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: March 25, 2019                    /s/  Gregory B. Paddison
                                                            Gregory B. Paddison (P75963)
                                                            Attorney for Defendants