

CITY OF DETROIT
LAW DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3437
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

November 14, 2018

HONORABLE CITY COUNCIL

RE: *Demar Parker v City of Detroit, et al*
Case No. 2:16-cv-13036
File No.: L16-00682 (GBP)

We have reviewed the above-captioned lawsuit, the facts and particulars of which are set forth in a confidential memorandum that is being separately hand-delivered to each member of Your Honorable Body. From this review, it is our considered opinion that a settlement in the amount of **Ninety-Seven Thousand Five Hundred Dollars and Zero Cents ($97,500.00)** is in the best interest of the City of Detroit.

We, therefore, request authorization to settle this matter in the amount of **Ninety-Seven Thousand Five Hundred Dollars and Zero Cents ($97,500.00)** and that Your Honorable Body direct the Finance Director to issue a draft in that amount payable to **Demar Parker** and his attorney, **SALVATORE PRESCOTT, PLLC** to be delivered upon receipt of properly executed Releases and Stipulation and Order of Dismissal entered in Lawsuit No.: **2:16-cv-13036**, approved by the Law Department.

Respectfully submitted,

Gregory B. Paddison
Assistant Corporation Counsel

APPROVED: NOV 21 2018

LAWRENCE GARCIA
Corporation Counsel

By: Krystal A. Crittendon
Supervising Assistant Corporation Counsel

Attachments

ENTERED JAN 09 2019   Move To Formal R/c-L (30)