## RESOLUTION

BY COUNCIL MEMBER: _McCalister_ :

RESOLVED, that settlement of the above matter be and is hereby authorized in the amount of **Ninety-Seven Thousand Five Hundred Dollars and Zero Cents ($97,500.00)**; and be it further

RESOLVED, that the Finance Director be and is hereby authorized and directed to draw a warrant upon the proper account in favor of **Demar Parker** and his attorney, **Sarah Prescott** in the amount of **Ninety-Seven Thousand Five Hundred Dollars and Zero Cents ($97,500.00)** in full payment for any and all claims which **Demar Parker** may have against Defendants, CITY OF DETROIT, JEROLD BLANDING, CHRISTOPHER TOWNSON, AND MARCUS WAYS, by reason of the Constitutional Violations alleged to have occurred on or about **August 14, 2015**, and that said amount be paid upon receipt of properly executed Releases and Stipulation and Order of Dismissal entered in Lawsuit No.: 2:16-cv-13036, approved by the Law Department.

APPROVED:

LAWRENCE GARCIA
Corporation Counsel

By: _____
Krystal A. Crittendon
Supervising Assistant Corporation Counsel

City Council Approved Date: January 15, 2019
Mayor Approved Date: January 16, 2019