UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMAR PARKER,

        Plaintiff,

        Case No. 16-13036

vs.

        HON. GERSHWIN A. DRAIN

CITY OF DETROIT, *et al.*,

        Defendants.

_____/

### **ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE SETTLEMENT AGREEMENT [#99], IMPOSING COSTS AND DISMISSING ACTION WITH PREJUDICE**

On November 12, 2019, the parties reached an agreement to resolve Plaintiff's claims. However, as of March 25, 2019, Plaintiff had yet to receive the money he had bargained for in exchange for releasing his claims. Because of the delay, Plaintiff filed a Motion to Set Aside the Settlement Agreement on March 25, 2019. Defendants filed a Response to Plaintiff's Motion to Set Aside the Settlement Agreement on March 26, 2019. The parties appeared for a status conference on March 28, 2019. At the conference, Defendants' counsel presented a check to Plaintiff's counsel.

Upon consideration of the parties' briefing, the Court DENIES Plaintiff's Motion to Set Aside Settlement Agreement [#99].

The Court will impose costs in the amount of $250.00 payable to Plaintiff's counsel no later than April 11, 2019.   **Failure to pay the $250.00 in costs by April 11, 2019 will result in costs due to Plaintiff's counsel in the amount of $500.00.**

This case hereby is DISMISSED WITH PREJUDICE.   The Court retains jurisdiction over this action to enforce the payment of costs ordered by the Court.

SO ORDERED.

                                      /s/ Gershwin A. Drain
                                      GERSHWIN A. DRAIN
                                      UNITED STATES DISTRICT JUDGE

Dated: March 28, 2019

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on March 28, 2019 by electronic and/or ordinary mail.

                                  /s/ Teresa McGovern
                                  Case Manager